JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RANDY ROGERS, | Case No. CV-17-05572-CJC (KES) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Habeas Petition as Untimely,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 25, 2017

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE